**EXHIBIT 1**

**Dimitri claims for Beneficiary C. D.**

| **Beneficiary ID** | **Diagnoses** | **DOS** | **CPT Codes Submitted** | **Amount Billed** |
|---|---|---|---|---|
| 6503536208703 | Pruritic Disorder NOS | 1/6/2016 | 96900, 10060 | $295 |
| | Sebaceous Cyst | 1/20/2016 | 96900, 10060 | $295 |
| | Acne NEC | 2/3/2016 | 96900, 10060 | $295 |
| | | 2/17/2016 | 96900, 10060 | $295 |
| | | 3/2/2016 | 96900, 10060 | $295 |
| | | 3/30/2016 | 96900, 10060 | $295 |
| | | 4/13/2016 | 96900, 10060 | $295 |
| | | 9/13/2017 | 96900 | $75 |
| | | 9/27/2017 | 96900, 96910, 10060 | $445 |
| | | 10/11/2017 | 96900, 96910 | $225 |
| | | 10/25/2017 | 96900, 96910 | $225 |