**EXHIBIT 2**

**Dimitri Claims Beneficiary S.J.** **Diagnoses: Acne Vulgaris, Epidermal Cyst, Other Pruritis**

| ICN | Beneficiary ID | RENDERING_NPI | DOS | PROC | DESCRIPTION | Amount Billed |
|---|---|---|---|---|---|---|
| 9177124542001 | 3603077478003 | OANH NGUYEN | 5/13/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 9351129307603 | 3603077478003 | OANH NGUYEN | 11/15/2019 | 96900 | ACTINOTHERAPY | $75 |
| 9351129307601 | 3603077478003 | OANH NGUYEN | 11/15/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0030115331801 | 3603077478003 | OANH NGUYEN | 1/10/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0069122968101 | 3603077478003 | OANH NGUYEN | 1/27/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0079135629501 | 3603077478003 | OANH NGUYEN | 2/10/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0092122375501 | 3603077478003 | OANH NGUYEN | 3/2/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0100136884301 | 3603077478003 | OANH NGUYEN | 3/16/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0225116773601 | 3603077478003 | OANH NGUYEN | 7/17/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0316129274200 | 3603077478003 | OANH NGUYEN | 7/31/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0364111381400 | 3603077478003 | OANH NGUYEN | 8/14/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 0364111381800 | 3603077478003 | OANH NGUYEN | 9/2/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 1137121801000 | 3603077478003 | OANH NGUYEN | 9/23/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1068121596300 | 3603077478003 | OANH NGUYEN | 10/17/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1089126656100 | 3603077478003 | OANH NGUYEN | 11/6/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1089126656100 | 3603077478003 | OANH NGUYEN | 11/6/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1089126656100 | 3603077478003 | OANH NGUYEN | 11/6/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1153120497100 | 3603077478003 | OANH NGUYEN | 12/23/2020 | 96900 | ACTINOTHERAPY | $75 |
| 1153126371802 | 3603077478003 | JORGE CRUZ | 5/17/2021 | 96900 | ACTINOTHERAPY | $75 |
| 1215122660401 | 3603077478003 | Elizabeth MDimitri | 6/30/2021 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 1333107696100 | 3603077478003 | Elizabeth MDimitri | 7/14/2021 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 1320152786702 | 3603077478003 | OANH NGUYEN | 10/15/2021 | 96900 | ACTINOTHERAPY | $75 |
| 2067135578600 | 3603077478003 | OANH NGUYEN | 10/29/2021 | 96900 | ACTINOTHERAPY | $75 |
| 2081120406700 | 3603077478003 | OANH NGUYEN | 11/12/2021 | 96900 | ACTINOTHERAPY | $75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2041139362101 | 3603077478003 | OANH | NGUYEN | 1/21/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 2145117697700 | 3603077478003 | OANH | NGUYEN | 1/21/2022 | 96900 | ACTINOTHERAPY | $75 |
| 2279137762401 | 3603077478003 | OANH | NGUYEN | 9/16/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 2342122440601 | 3603077478003 | OANH | NGUYEN | 11/18/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 2354121845701 | 3603077478003 | OANH | NGUYEN | 12/3/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 3005152431901 | 3603077478003 | OANH | NGUYEN | 12/16/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |
| 3026124452201 | 3603077478003 | OANH | NGUYEN | 1/11/2023 | 10060 | DRAINAGE OF SKIN ABSCESS | $220 |