**EXHIBIT 3**

**Orgeron Claims for Beneficiary I.S.**

| Beneficiary ID | Diagnoses | Date of Service | CPT Codes Submitted | Amount Billed |
|---|---|---|---|---|
| 0485920023311 | Acne Vulgaris | 1/10/2018 | 96900, 10061,99213, 17100 | $775 |
| | Epidermal Cyst | 1/24/2018 | 96900, 10060, 17110 | $470 |
| | | 2/14/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 3/22/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 4/5/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 4/26/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 5/10/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 5/24/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 6/7/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 6/21/2018 | 96900, 10060, 17110 | $470 |
| | | 7/12/2018 | 96900, 10060, 99213, 17110, 11422 | $950 |
| | | 7/26/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 8/16/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 8/29/2018 | 96900, 10060, 99213, 17110 | $595 |
| | | 10/3/2018 | 96900, 10060 | $295 |
| | | 10/24/2018 | 96900, 10060 | $295 |
| | | 11/14/2018 | 96900, 10060, 99213 | $420 |
| | | 2/12/2020 | 96900, 99213 | $200 |
| | | 7/8/2020 | 96900, 99213 | $200 |
| | | 7/22/2020 | 96900, 99213 | $200 |
| | | 8/12/2020 | 96900, 10060, 17110 | $470 |
| | | 9/9/2020 | 96900, 99213 | $200 |
| | | 10/7/2020 | 96900 | $75 |
| | | 10/21/2020 | 96900, 10060 | $295 |

| | | | | |
|---|---|---|---|---|
| | | 11/4/2020 | 96900, 10060 | $295 |
| | | 11/18/2020 | 96900, 10060 | $295 |