**EXHIBIT 4**

**Orgeron Claims for Beneficiary A. H.** **Diagnoses: Acne NEC, Sebaceous Cyst, Pruritic Disorder, Other Dyschromia**

| ICN | Beneficiary ID | RENDERING_NAME | DOS | PROC | DESCRIPTION | BILLED_CHARGES |
|---|---|---|---|---|---|---|
| | | | | | | |
| 9351126238100 | 5903031375001 | Thomas JOrgeron | 1/3/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126238400 | 5903031375001 | Thomas JOrgeron | 1/17/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126238700 | 5903031375001 | Thomas JOrgeron | 1/31/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9064134244102 | 5903031375001 | Thomas JOrgeron | 2/14/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9336123201700 | 5903031375001 | Thomas JOrgeron | 2/28/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126239000 | 5903031375001 | Thomas JOrgeron | 3/21/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9336123202000 | 5903031375001 | Thomas JOrgeron | 4/4/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9336123202300 | 5903031375001 | Thomas JOrgeron | 4/25/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9336123202900 | 5903031375001 | Thomas JOrgeron | 6/13/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9336123202800 | 5903031375001 | Thomas JOrgeron | 6/13/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9345125243000 | 5903031375001 | Thomas JOrgeron | 6/27/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9345125242900 | 5903031375001 | Thomas JOrgeron | 6/27/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9324127588600 | 5903031375001 | Thomas JOrgeron | 7/18/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9324127588500 | 5903031375001 | Thomas JOrgeron | 7/18/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9360163741000 | 5903031375001 | Thomas JOrgeron | 8/1/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9360163740900 | 5903031375001 | Thomas JOrgeron | 8/1/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9365130834400 | 5903031375001 | Thomas JOrgeron | 8/15/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9365130834300 | 5903031375001 | Thomas JOrgeron | 8/15/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 75.00 |
| 0007122589000 | 5903031375001 | Thomas JOrgeron | 8/29/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0007122588900 | 5903031375001 | Thomas JOrgeron | 8/29/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9276133003102 | 5903031375001 | Thomas | JOrgeron | 9/12/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0007122589300 | 5903031375001 | Thomas | JOrgeron | 9/26/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0007122589200 | 5903031375001 | Thomas | JOrgeron | 9/26/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9303144574602 | 5903031375001 | Thomas | JOrgeron | 10/10/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0079129935600 | 5903031375001 | Thomas | JOrgeron | 11/7/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0079129935900 | 5903031375001 | Thomas | JOrgeron | 11/21/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0114112699000 | 5903031375001 | Thomas | JOrgeron | 12/12/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0139105002800 | 5903031375001 | Thomas | JOrgeron | 1/2/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0139105002700 | 5903031375001 | Thomas | JOrgeron | 1/2/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 0139105003100 | 5903031375001 | Thomas | JOrgeron | 1/16/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0143113022700 | 5903031375001 | Thomas | JOrgeron | 1/30/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0143113023000 | 5903031375001 | Thomas | JOrgeron | 2/20/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0100136885402 | 5903031375001 | Thomas | JOrgeron | 3/12/2020 | 96900 | ACTINOTHERAPY | 75.00 |