**EXHIBIT 5**

**Orgeron Claims for Beneficiary A. L.** **Diagnoses: Acne Vulgaris, Epidermal Cyst, Other Pruritis**

| ICN | Beneficiary ID | RENDERING_NAME | DOS | PROC | DESCRIPTION | BILLED_CHARGES |
|---|---|---|---|---|---|---|
| 9029117973802 | 5903031250902 | Thomas JOrgeron | 1/9/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9043135107902 | 5903031250902 | Thomas JOrgeron | 1/23/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9043135107901 | 5903031250902 | Thomas JOrgeron | 1/23/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9336123198300 | 5903031250902 | Thomas JOrgeron | 2/6/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9311129775300 | 5903031250902 | Thomas JOrgeron | 2/20/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126233200 | 5903031250902 | Thomas JOrgeron | 3/13/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126233500 | 5903031250902 | Thomas JOrgeron | 3/27/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9351126233400 | 5903031250902 | Thomas JOrgeron | 3/27/2019 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 9336123198600 | 5903031250902 | Thomas JOrgeron | 4/10/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9345125241400 | 5903031250902 | Thomas JOrgeron | 6/20/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9324127587300 | 5903031250902 | Thomas JOrgeron | 7/11/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9365130833200 | 5903031250902 | Thomas JOrgeron | 8/8/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 9365130833500 | 5903031250902 | Thomas JOrgeron | 8/22/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0014121916400 | 5903031250902 | Thomas JOrgeron | 9/19/2019 | 96900 | ACTINOTHERAPY | 75.00 |
| 0176109352602 | 5903031250902 | Thomas JOrgeron | 6/3/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0245116165000 | 5903031250902 | Thomas JOrgeron | 6/24/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0322122086900 | 5903031250902 | Thomas JOrgeron | 7/8/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0364111410000 | 5903031250902 | Thomas JOrgeron | 8/5/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0364111410300 | 5903031250902 | Thomas JOrgeron | 8/19/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0364111410200 | 5903031250902 | Thomas JOrgeron | 8/19/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 0364111410600 | 5903031250902 | Thomas JOrgeron | 9/2/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 0364111410500 | 5903031250902 | Thomas JOrgeron | 9/2/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 1137121820300 | 5903031250902 | Thomas JOrgeron | 9/23/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 1137121820200 | 5903031250902 | Thomas JOrgeron | 9/23/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1068121611300 | 5903031250902 | Thomas | JOrgeron | 10/14/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 1068121611200 | 5903031250902 | Thomas | JOrgeron | 10/14/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 1137121820600 | 5903031250902 | Thomas | JOrgeron | 11/19/2020 | 96900 | ACTINOTHERAPY | 75.00 |
| 1137121820500 | 5903031250902 | Thomas | JOrgeron | 11/19/2020 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |