**EXHIBIT 6**

**Perdomo/Orgeron Claims for Beneficiary C.J.**

| **Beneficiary ID** | **Diagnoses** | **Dates of Service** | **CPT Codes** | **Amount Billed** | **Provider** |
|---|---|---|---|---|---|
| 5904003231701 | Other Atopic Dermatitis | 9/9/2016 | 96900, 96910 | $225 | Perdomo |
| | Lichenification | 9/28/2016 | 96900 | $75 | Perdomo |
| | Acne NEC | 10/11/2016 | 96900 | $75 | Perdomo |
| | Sebacious Cyst | 10/25/2016 | 96900 | $75 | Perdomo |
| | Pruritic Disorder NOS | 11/10/2016 | 96900, 96910 | $225 | Orgeron |
| | | 12/6/2016 | 96900, 10060 | $295 | Perdomo |
| | | 12/20/2016 | 96900 | $75 | Perdomo |
| | | 1/4/2017 | 96900 | $75 | Orgeron |
| | | 1/25/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 2/9/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 3/7/2017 | 96900 | $75 | Perdomo |
| | | 3/21/2017 | 96910 | $150 | Perdomo |
| | | 4/5/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 4/19/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 5/10/2017 | 96900, 96910 | $225 | Orgeron |
| | | 6/1/2017 | 96900, 96910 | $225 | Orgeron |
| | | 6/29/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 7/13/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 8/4/2017 | 96900,96910, 10060 | $445 | Perdomo |
| | | 8/17/2017 | 96900,96910, 10060 | $445 | Orgeron |
| | | 9/1/2017 | 96900,96910, 10060 | $445 | Perdomo |
| | | 9/15/2017 | 96900,96910, 10060 | $445 | Perdomo |
| | | 9/28/2017 | 96900, 96910 | $225 | Orgeron |
| | | 10/12/2017 | 96900, 96910 | $225 | Orgeron |

| | | | | | |
|---|---|---|---|---|---|
| | | 10/26/2017 | 96900, 96910 | $225 | Orgeron |
| | | 11/9/2017 | 96900, 96910 | $225 | Orgeron |
| | | 12/6/2017 | 96900 | $75 | Orgeron |
| | | 12/20/2017 | 96900, 96910 | $225 | Orgeron |
| | | 1/16/2018 | 96900, 96910 | $225 | Perdomo |
| | | 2/6/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 2/20/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 3/6/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 3/20/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 4/10/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 4/24/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 5/8/2018 | 96900, 10060 | $295 | Perdomo |
| | | 5/22/2018 | 96900 | $75 | Perdomo |
| | | 6/5/2018 | 96900, 96910 | $225 | Perdomo |
| | | 6/19/2018 | 96900, 96910 | $225 | Perdomo |
| | | 7/3/2018 | 96900, 10060 | $295 | Perdomo |
| | | 7/17/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 7/31/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 8/14/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 8/28/2018 | 96900, 96910 | $225 | Perdomo |
| | | 9/11/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 9/25/2018 | 96900, 96910 | $225 | Perdomo |
| | | 10/9/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 10/23/2018 | 96900, 96910 | $225 | Perdomo |
| | | 11/6/2018 | 96900, 96910 | $225 | Perdomo |
| | | 11/20/2018 | 96900,96910, 10060 | $445 | Perdomo |
| | | 12/4/2018 | 96900 | $75 | Perdomo |
| | | 12/18/2018 | 96900 | $75 | Perdomo |