**EXHIBIT 7**

**Perdomo Claims for Beneficiary S.R.**

**Diagnoses: Acne Vulgaris, Epidermal Cysts, Other Atopic Dermatitis, Lichenification**

| ICN | Beneficiary ID | RENDERING_NAME | DOS | PROC | DESCRIPTION | BILLED |
|---|---|---|---|---|---|---|
| 2032118887702 | 8308409406290 | Joel EPerdomo | 1/11/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2032118887701 | 8308409406290 | Joel EPerdomo | 1/11/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2182115901000 | 8308409406290 | Joel EPerdomo | 2/1/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2054123726401 | 8308409406290 | Joel EPerdomo | 2/1/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2251127349000 | 8308409406290 | Joel EPerdomo | 4/26/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2251127348900 | 8308409406290 | Joel EPerdomo | 4/26/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2251127349300 | 8308409406290 | Joel EPerdomo | 5/10/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2251127349200 | 8308409406290 | Joel EPerdomo | 5/10/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2264116289600 | 8308409406290 | Joel EPerdomo | 6/7/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2286145845700 | 8308409406290 | Joel EPerdomo | 7/5/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2286145845600 | 8308409406290 | Joel EPerdomo | 7/5/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2215150038401 | 8308409406290 | Joel EPerdomo | 7/19/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2305116700400 | 8308409406290 | Joel EPerdomo | 8/16/2022 | 96900 | ACTINOTHERAPY | 75.00 |
| 2305116700300 | 8308409406290 | Joel EPerdomo | 8/16/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2272143284001 | 8308409406290 | Joel EPerdomo | 9/13/2022 | 10060 | DRAINAGE OF SKIN ABSCESS | 220.00 |
| 2299118991601 | 8308409406290 | Joel EPerdomo | 10/11/2022 | 96910 | PHOTOCHEMOTHERAPY; TAR AND ULTRAVIOL | 150.00 |
| 3032113082900 | 8308409406290 | Joel EPerdomo | 11/22/2022 | 96910 | PHOTOCHEMOTHERAPY; TAR AND ULTRAVIOL | 150.00 |
| 3005146120201 | 8308409406290 | Joel EPerdomo | 12/20/2022 | 96910 | PHOTOCHEMOTHERAPY; TAR AND ULTRAVIOL | 150.00 |
| 3038123253201 | 8308409406290 | Joel EPerdomo | 1/24/2023 | 96910 | PHOTOCHEMOTHERAPY; TAR AND ULTRAVIOL | 150.00 |