**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **United States of America and the State of Louisiana,**<br><br>**Plaintiffs,**<br><br>***ex rel*. Jessica Albores, Marie Ford, and Margaret Whiteman, individually,**<br><br>**v.**<br><br>**E.M. Dimitri D.O. PMC d/b/a Dimitri Dermatology; American Support Services, LLC; Dermatologic Centers of America, LLC; Mississippi Dermatology, LLC; Mississippi Support Solutions, LLC; Precision Billing Services, LLC; Regional Support Services, LLC; Shapiro Dimitri Medical, LLC; The Dimitri Clinics, LLC; Elizabeth Dimitri, D.O.; Thomas Orgeron, M.D.; and Joel Perdomo, M.D., Defendants.** | **Civil Action No. 18-cv-06936**<br><br>**Section "H" (3)**<br><br>**Judge Milazzo**<br><br>**Magistrate Judge van Meerveld** |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiffs United States of America and State of Louisiana (collectively, "Government Plaintiffs"), Relators Albores, Ford, and Whiteman (collectively, "Relators") and Defendants, E.M. Dimitri D.O. PMC d/b/a Dimitri Dermatology; American Support Services, LLC; Mississippi Dermatology, LLC; Mississippi Support Solutions, LLC; Precision Billing Services, LLC; Regional Support Services, LLC; Shapiro Dimitri Medical, LLC; The Dimitri Clinics, LLC; Elizabeth Dimitri, D.O.; Thomas Orgeron, M.D.; and Joel Perdomo, M.D. (collectively "Defendants"), jointly move this Court for the entry of a Stipulated Protective and Fed. R. Evid.

502(d) Order to safeguard the sensitive and confidential information to be exchanged between the parties as they litigate this matter. The proposed protective order is attached.

Michael M. Simpson
Acting United States Attorney

*s/Sandra Lee Sears*
Sandra Lee Sears
Assistant United States Attorney
650 Poydras St., Suite 1600
New Orleans, LA 70130
Tel: (504) 680-3150
Email: sandra.sears@usdoj.gov

Liz Murrill
Attorney General
State of Louisiana

*s/Paolo Messina*

Paolo Messina (La. Bar No. 26422)
Assistant Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
Tel: (225) 326-6200
Email: messinap@ag.louisiana.gov

*s/Patrick S. Almonrode*

Patrick S. Almonrode (PHV)
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (877) 561-0000
Email: patalmonrode@jtblawgroup.com

*s/Mary S. Bubett-Jackson*

Mary Stanfield Bubbett-Jackson
Jackson & Jackson
201 St. Charles Ave. Suite 2500
New Orleans, LA 70170
Tel: (504) 599-5953
Email: Mjackson@jackson-law.net

*s/James Walter Frazer Green*

James Walter Frazer Green
Phelps Dunbar LLP
II City Plaza, 400 Convention St, Ste 1100
Baton Rouge, Louisiana 70802
Tel: 225 346 0285
Email: walt.green@phelps.com

*s/Brian J. Capitelli*

Brian J. Capitelli (La. Bar No. 27398)
Capitelli & Wicker
1100 Poydras Street, Suite 2950
New Orleans, LA 70163
Tel: (504) 582-2425
Email: brian@capitelliandwicker.com