**MINUTE ENTRY**
**MILAZZO, J.**
**February 20, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JESSICA ALBORES ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-6936** |
| **E.M. DIMITRI ET AL.** | **SECTION "H"** |

**MINUTE ENTRY**

On September 25, 2025, the Court held a telephone preliminary status conference. Mary Bubbett-Jackson participated on behalf of Plaintiffs; Sandra Sears participated on behalf of Intervenor United States of America; Paolo Messina participated on behalf of Intervenor Louisiana State; James Green and Emma Looney participated on behalf of E.M. Dimitri and the clinic defendants; and Brian Capitelli participated on behalf of Dermatologic Centers of America LLC, Karen Drake, Thomas Orgeron, Joel Perdomo, and Steven Shapiro. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a follow-up status conference is **SET** for March 5, 2026 at 10:30a.m.

**IT IS FURTHER ORDERED** that the parties shall send to chambers by March 4, 2026 at 4:00p.m. a joint status report updating the Court on the status of discovery.

(JS-10:20)